BRESSLER, AMERY & ROSS
A Professional Corporation
325 Columbia Turnpike
Florham Park, New Jersey 07932
P.O. Box 1980
Morristown, New Jersey 07962
(973) 514-1200



RECEIVED
FEB 10 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MENACHEM SCHMULOVICH and TOVA SCHMULOVICH,<br><br>Plaintiffs,<br><br>v.<br><br>1161 RT. 9 LLC, a New Jersey Limited Liability Corporation, OVADI MALCHI, ZICHRONI MALCHI, OFER MALCHI, and JOHN AND JANE DOES 1 THROUGH 100,<br><br>Defendants. | Civil Action No. 07 cv 597 (FLW)<br><br>ORDER GRANTING RELEASE OF LIEN AND DISBURSEMENT OF MONIES HELD BY DISTRICT COURT CLERK |

    This matter having been brought before the Court upon the motion of Bressler, Amery & Ross, P.C., Hodgson Russ, LLP, and Meir Moza, counsel of record for Plaintiffs Menachem Schmulovich and Tova Schmulovich in the above captioned action seeking a disbursement of ONE HUNDRED FIFTY THOUSAND DOLLARS AND ZERO CENTS ($150,000) currently on deposit with the Court Clerk for the United States District Court, District of New Jersey; and

    **WHEREAS,** Bressler, Amery & Ross, P.C. and Hodgson Russ, LLP, formerly counsel of record for Plaintiffs Menachem Schmulovich and Tova Schmulovich,

asserted attorneys liens pursuant to N.J.S.A. 2A:13-5 on any proceeds received by Plaintiffs as a result of this lawsuit; and

**WHEREAS**, on March 8, 2010 Plaintiffs and Defendant Ovadi Malchi reached a settlement which ultimately resulted in a promise by Defendant to pay Plaintiffs ONE HUNDRED FIFTY THOUSAND DOLLARS AND ZERO CENTS ($150,000)("Proceeds"); and

**WHEREAS**, this Court, upon motion by Defendant, Ordered that the Proceeds be deposited with the District Court Clerk until such time as the lien dispute referenced above was resolved; and

**WHEREAS**, the Court has now been informed by all the parties that the lien dispute has been resolved and that the Proceeds may now be disbursed;

IT IS on this 9th day of February, 2011

**ORDERED THAT:**

(1)   The District Court Clerk shall disburse the Proceeds currently held on deposit to Plaintiff's attorney, Meir Moza, 217 Willis Avenue, Suite 101, Mineola, N.Y. 11501. To the extent that any portion of the proceeds, by agreement of the parties, are to go to Bressler, Amery & Ross, P.C. and Hodgson Russ, LLP, those monies shall be disbursed by Mr. Moza to them as soon after receipt as practical.

FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

1199381_1